

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**JUL 26 2005**

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEFFREY F. COOPER**                     **PLAINTIFF**

**V.**        **CASE NO. 4:05CV00117GTE**

**CITY OF CONWAY**                   **DEFENDANT**

## STIPULATED ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

Counsel having advised the Court that this matter has been settled as to all parties, IT IS, THEREFORE, ORDERED that this action be, and it is hereby, DISMISSED WITH PREJUDICE. The Court retains jurisdiction for thirty (30) days to vacate this Order and to re-open the action upon a sufficient showing that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 26th day of July, 2005.

_____
COURT JUDGE

PREPARED BY:

/Franki E. Heenan
L. Oneal Sutter, Ark. Bar No. 95031
Franki E. Heenan, Ark. Bar No. 2002072
HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
310 Natural Resources Drive
Post Office Box 26321
Little Rock, Arkansas 72221
(501) 224-1050
Attorneys for the Plaintiff

cc: Mr. Michael Mosley
     Municipal League
     P. O. Box 38
     N. Little Rock, AR 72115